UNDER SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

OUR CASE NO:20-6585-HUNT

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00523-BR |
| v. | INDICTMENT |
| NANCY JEAN BAPTISTE and JENNIFER WRIGHT, | 18 U.S.C. § 1349; 18 U.S.C. § 1344; 18 U.S.C. § 1028A |
| Defendants. | UNDER SEAL |

FILED BY ___AT___ D.C.

Nov 16, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

THE GRAND JURY CHARGES:

COUNT 1
(Conspiracy to Commit Bank Fraud)
(18 U.S.C. § 1349)

1. First Tech Federal Credit Union ("FTFCU") is a "financial institution" as defined in 18 U.S.C. § 20.

2. Beginning at an unknown time, but no later than on or about July 23, 2020, and continuing until at least on or about July 31, 2020, within the District of Oregon and elsewhere, defendants NANCY JEAN BAPTISTE and JENNIFER WRIGHT, along with others, known and unknown to the grand jury, did knowingly combine, conspire, confederate, and agree with each other to commit Bank Fraud in violation of 18 U.S.C. § 1344, to wit, they agreed to

Indictment                                                                 Page 1

knowingly execute and attempt to execute a material scheme and artifice to defraud a financial institution as to a material matter and to obtain money, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution by means of false or fraudulent pretenses, representations, or promises.

## MANNER AND MEANS AND SCHEME TO DEFRAUD

3. Defendants and their co-conspirators used the following manner and means to carry out the conspiracy and scheme to defraud:

4. It was part of the conspiracy and scheme to defraud that defendants and their co-conspirators traveled to various states to engage in acts in furtherance of the conspiracy and scheme to defraud.

5. It was part of the conspiracy and scheme to defraud that defendants and their co-conspirators broke into vehicles in order to steal personal identifying information, financial information, checks, credit cards, and other valuables.

6. It was part of the conspiracy and scheme to defraud that defendants and their co-conspirators impersonated the victims of the car thefts, or recruited others to impersonate the victims of the car thefts, with the stolen identity and other financial information.

7. It was part of the conspiracy and scheme to defraud that defendants and their co-conspirators traveled to different branches of FTFCU where they attempted to, and did, impersonate the victims of the car thefts and attempted to, and did, cash stolen checks belonging to the victims of the car thefts.

8. It was part of the conspiracy and scheme to defraud that defendants and their co-conspirators traveled to different branches of FTFCU where they attempted to, and did,

impersonate victims of the car thefts and attempted to, and did, withdraw money from the accounts of the victims of the car thefts by using stolen debit cards and identification documents.

All in violation of 18 U.S.C. § 1349.

### COUNTS 2-7
### (Bank Fraud)
### (18 U.S.C. § 1344)

9. All prior paragraphs of this Indictment are incorporated herein.

10. On or about the dates set forth below in each Count, in the District of Oregon and elsewhere, defendants **NANCY JEAN BAPTISTE** and **JENNIFER WRIGHT** and others knowingly, and with the intent to deceive, attempted to execute and executed the above-described material scheme to defraud the named financial institution and to obtain money, funds, and property owned or under control of the named financial institution by means of materially false and fraudulent pretenses, representations, promises:

| Count | Date | Description of Execution |
|---|---|---|
| 2 | July 30, 2020 | Defendants, using personal identifying and financial information from Adult Victims 1 and 2 ("AV1" and "AV2", respectively), cashed, or caused to be cashed, check 6001 for $1,923 at FTFCU, which was stolen from AV1. |
| 3 | July 30, 2020 | Defendants, using personal identifying and financial information from AV1 and AV2, cashed, or caused to be cashed, check 6002 for $1,923 at FTFCU, which was stolen from AV1. |
| 4 | July 30, 2020 | Defendants, using personal identifying and financial information from AV1 and AV2, cashed, or caused to be cashed, check 6003 for $2,223 at FTFCU, which was stolen from AV1. |
| 5 | July 31, 2020 | Defendants, using stolen personal identifying and financial information from AV2, withdrew, or caused to be withdrawn, $2,300 cash from AV2's account at FTFCU. |

Indictment                                                                                   Page 3

| Count | Date | Description of Execution |
|---|---|---|
| 6 | July 31, 2020 | Defendants, using stolen personal identifying and financial information from AV2, withdrew, or caused to be withdrawn, $2,000 cash from AV2's account at FTFCU. |
| 7 | July 31, 2020 | Defendants, using stolen personal identifying and financial information from AV2, withdrew, or caused to be withdrawn, $2,300 cash from AV2's account at FTFCU. |

All in violation of 18 U.S.C. § 1344.

## COUNTS 8-13
### (Aggravated Identity Theft)
### (18 U.S.C. § 1028A)

11. All prior paragraphs of the Indictment are incorporated herein.

12. On or about the dates set forth below in each Count, in the District of Oregon and elsewhere, defendants **NANCY JEAN BAPTISTE** and **JENNIFER WRIGHT** did unlawfully, knowingly, and intentionally transfer, possess, and use, without lawful authority, a means of identification of another, knowing that the means of identification belonged to a real person, during and in relation to felony violations of provisions contained in Chapter 63 of Title 18, to wit: Bank Fraud in violation of 18 U.S.C. § 1344.

| Count | Date | Means of Identifications | Felony Violation(s) |
|---|---|---|---|
| 8 | July 30, 2020 | Personal and Financial Information of AV1 and AV2 | 18 U.S.C. § 1349; Count 1<br>18 U.S.C. § 1344; Count 2 |
| 9 | July 30, 2020 | Personal and Financial Information of AV1 and AV2 | 18 U.S.C. § 1349; Count 1<br>18 U.S.C. § 1344; Count 3 |
| 10 | July 30, 2020 | Personal and Financial Information of AV1 and AV2 | 18 U.S.C. § 1349; Count 1<br>18 U.S.C. § 1344; Count 4 |

| Count | Date | Means of Identifications | Felony Violation(s) |
|---|---|---|---|
| 11 | July 31, 2020 | Personal and Financial Information of AV2 | 18 U.S.C. § 1349; Count 1<br>18 U.S.C. § 1344; Count 5 |
| 12 | July 31, 2020 | Personal and Financial Information of AV2 | 18 U.S.C. § 1349; Count 1<br>18 U.S.C. § 1344; Count 6 |
| 13 | July 31, 2020 | Personal and Financial Information of AV2 | 18 U.S.C. § 1349; Count 1<br>18 U.S.C. § 1344; Count 7 |

All in violation of 18 U.S.C. § 1028A.

Dated: November 10, 2020

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

SCOTT E. BRADFORD, OSB #062824
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

United States of America
v.

NANCY JEAN BAPTISTE, et al

*Defendant*

Case No.  3:20-cr-00523-BR-01

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     NANCY JEAN BAPTISTE          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Bank Fraud

Bank Fraud

Aggravated Identity Theft

Date: __11/12/2020__

City and State: __Portland, Oregon__

s/P. Scheneman
*Issuing officer's signature*

P. Scheneman, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*